392 P.3d 1214

James DANNENBERG, Billy Southwood, Valerie Yamada Southwood, Duane Preble, and SARAH PREBLE, individually and on behalf of all others similarly situated, Respondents/Plaintiffs-Appellants/Cross-Appellees,

v.

STATE of Hawai'i, Hawai'i Employer-Union Health Trust Fund, Board of Trustees of The Hawai'i Employer-Union Health Benefits Trust Fund, Petitioners/Defendants-Appellees/Cross-Appellants,

and

COUNTY OF KAUA'I, City and County of Honolulu, County of Maui, County of Hawai'i, Respondents/Defendants-Appellees.

SCAP-15-0000084

Supreme Court of Hawai'i.

NOVEMBER 9, 2016

On the motion:

Paul Alston, Honolulu, Maren L. Calvert, John Rhee and Charles K.Y. Khim, for Plaintiffs-Appellants/ Cross-Appellees.

INTERMEDIATE COURT OF APPEALS ASSOCIATE JUDGE LEONARD, ACTING C.J., CIRCUIT COURT JUDGES HARA, CAHILL, KURIYAMA, AND CRABTREE IN PLACE OF NAKAYAMA, MCKENNA, POLLACK, AND WILSON, JJ., RECUSED, AND CIRCUIT COURT JUDGE ALM, RECUSED, PREVIOUSLY ASSIGNED IN PLACE OF RECKTENWALD, C.J., RECUSED

ORDER DENYING PLAINTIFFS-APPEL-
LANTS/CROSS-APPELLEES' MO-
TION FOR CLARIFICATION OF
OPINION OF THE COURT

Upon consideration of the October 31, 2016 Motion for Clarification of Opinion of the Court filed by Plaintiffs-Appellants/Cross-Appellees James Dannenberg, Billy Southwood, Valerie Yamada Southwood, Duane Preble, and Sarah Preble, individually and on behalf of all others similarly situated, and the records and files herein,

IT IS HEREBY ORDERED that said Motion for Clarification of Opinion of the Court is denied.

392 P.3d 1214

John HASIRCOGLU and Maria Hasircoglu, Petitioners/Plaintiffs-Appellants,

v.

FOPCO, INC., Respondent/Defendant-Appellee.

SCWC-13-0002064

Supreme Court of Hawai'i.

April 21, 2017

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS (CAAP-13-0002064; CIV. NO. 11-1-0111(1))

SUMMARY DISPOSITION ORDER

Remanded.